UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60038-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DANIEL JAMES RIGGS,**

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 61]

THIS CAUSE came before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation on Change of Plea, entered on November 18, 2025 [ECF No. 61]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 61]** is **AFFIRMED AND ADOPTED**. Defendant, Daniel James Riggs's, change of plea is accepted, and Defendant is adjudicated guilty as to Counts 3 and 4 of the Information.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of November, 2025.

                                              _____
  cc: counsel of record                   **MELISSA DAMIAN**
     Magistrate Judge Alicia O. Valle    **UNITED STATES DISTRICT JUDGE**